# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| RUSS MCKAMEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| V. ) | Case No. 1:24-cv-000037 |
| ) | |
| ) | Chief Judge William Campbell, Jr. |
| HULU, LLC; ) | |
| ) | Magistrate Judge Barbara Holmes |
| NORTH OF NOW FILM & TV, LLC; ) | |
| NORTH OF NOW STUDIOS, LLC; ) | |
| NORTH OF NOW, LLC; and ) | |
| ) | |
| JUSTIN YERACE, ) | JURY TRIAL DEMAND |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AGAINST DEFENDANT YERACE

COMES NOW Plaintiff Russ McKamey, by and through undersigned counsel, and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully requests this Honorable Court find that Mr. McKamey is entitled to judgment as a matter of law on Counts One, Two, Four, and Eight against Defendant Justin Yerace because:

I. Defendant Yerace has admitted to violating the federal Computer Fraud and Abuse Act (Count One) by "admitt[ing] to hacking [Mr. McKamey] and getting all kinds of information from hacking [Mr. McKamey.]" (D.E. 32 at PageId# 215;

II. Defendant Yerace has admitted to violating the federal Stored Communications Act (Count Two) by admitting that he "illegally [...] hacked" and "gained access to [Mr. McKamey's] email address" and "obtained '60 emails' from Mr. McKamey's email account." (D.E. 32 at PageId# 215-216);

III. Mr. McKamey has a reasonable expectation of privacy in the contents of his emails, which Defendant Yerace repeatedly admits he intentionally intruded upon (D.E. 32 at PageId# 219), thereby violating his right to privacy (Count Four); and

IV. Defendant Yerace admitted to making copies of "60 emails" (D.E. 32 at PageId# 216) from Mr. McKamey's email account, which he accessed without authorization in violation of the Tennessee Personal and Commercial Computer Act (Count Eight).

Mr. McKamey further requests this Honorable Court find that he is entitled to punitive damages on Counts One and Two in an amount to be determined at a future hearing along with compensatory damages. Granting Mr. McKamey relief on his claims as discussed in his accompanying Memorandum of Law serves the interest of justice and judicial economy given the admissions of Defendant Yerace in his Answer to Complaint.

**Respectfully submitted,**

/s/ Davis F. Griffin
*Davis Fordham Griffin, Esq.*
(TBPR #34555)
NORTHSTAR LITIGATION, P.C.
209 10th Avenue South, Suite 560
Nashville, TN 37203
T: (615) 866-1156
F: (615) 866-0990
davis@northstarpc.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served via this Court's electronic filing system this 9th day of July 2024 on the following:

Kimberly M. Ingram-Hogan, Esq.
Samuel Lipshie, Esq.
BRADLEY ARANT BOULT CUMMINGS, LLP
One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203
slipshie@bradley.com
kingram@bradley

*Attorneys for Defendants Hulu, LLC, North of Now, LLC, North of Now Studios, LLC, and North of Now Film & TV, LLC*


Nathan Siegal, Esq.
Celyra Myers, Esq.
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, DC 20005
nathansiegel@dwt.com
celyramyers@dwt.com

*Attorneys for Defendants Hulu, LLC, North of Now, LLC, North of Now Studios, LLC, and North of Now Film & TV, LLC*


Chelsey A. Stevenson, Esq.
RUDD LAW OFFICES
611 Commerce St. Ste. 2613
Nashville, TN 37203
chelsey@ruddlawoffices.com

*Attorney for Defendant Justice Yerace*


                                                    /s/ Davis F. Griffin