UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Russ McKamey, | ) ) | Case No. 1:24-cv-00037 |
| Plaintiff, | ) ) | DISTRICT JUDGE ALETA A. TRAUGER |
| v. | ) ) ) | |
| HULU, LLC; NORTH OF NOW FILM & TV, LLC; NORTH OF NOW STUDIOS, LLC; NORTH OF NOW, LLC; and JUSTIN YERACE, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**MEDIA DEFENDANTS' RULE 12(c) MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS**

Defendants Hulu, LLC, North of Now Film & TV, LLC, North of Now Studios LLC, and North of Now, LLC ("Defendants") by and through their undersigned attorneys and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully move this Court to grant judgment to Defendants as to Counts Six and Seven of Plaintiff Russ McKamey's Complaint because:

I. Plaintiff's claims under the Tennessee Personal Rights Protection Act and common law right of publicity claims are barred by the First Amendment; and

II. Plaintiff's common law right of publicity claim is preempted by the Tennessee Personal Rights Protection Act and fails on the merits in any event.

Defendants submit that deciding the right of publicity issues now will significantly affect the further litigation of this case, including the scope of discovery.

1

In support of this Motion, Defendants rely on the accompanying memorandum of law, declaration, and exhibits. Defendants have met and conferred with Plaintiff's counsel regarding the instant motion, and Plaintiff has indicated that he will oppose it.

Accordingly, Defendants respectfully request that the Court enter judgment in their favor on Counts Six and Seven of the Complaint under Fed. R. Civ. P. 12(c).

Dated: August 9, 2024

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

/s/ *Nathan Siegel*
Nathan Siegel, *Pro Hac Vice*
Eric Feder, *Pro Hac Vice*
Celyra Myers, *Pro Hac Vice*
1301 K Street NW
Suite 500 East
Washington, D.C. 20005-3317
(202) 973-4237 (tel.)
(202) 973-4437 (fax)
nathansiegel@dwt.com
ericfeder@dwt.com
celyramyers@dwt.com

BRADLEY ARANT BOULT CUMMINGS LLP
Samuel D. Lipshie (BPR #9538)
Kimberly M. Ingram-Hogan (BPR #35191)
One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 244-2582
slipshie@bradley.com
kingram@bradley.com

*Attorneys for Defendants Hulu, LLC, North of Now Film & TV, LLC, North of Now Studios LLC, and North of Now, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that, on August 9, 2024, a true and exact copy of the foregoing MEDIA DEFENDANTS' RULE 12(c) MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS has been served via the Court's electronic filing system to:

David Fordham Griffin
Northstar Litigation, P.C.
209 10th Avenue South, Suite 560
Nashville, TN 37203
Davis@northstarpc.com

*Attorney for Plaintiff Russ McKamey*

Chelsey A. Stevenson
Rudd Law Offices
611 Commerce St, Ste 2613
Nashville, TN 37203
(413) 663-0513
chelsey@ruddlawoffices.com

*Attorney for Defendant Justin Yerace*

                                            */s/ Nathan Siegel*
                                            Nathan Siegel