Request GRANTED.

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RUSS MCKAMEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 1:24-cv-000037 |
| ) | |
| ) | District Judge Aleta A. Trauger |
| HULU, LLC; ) | |
| ) | Magistrate Judge Barbara Holmes |
| NORTH OF NOW FILM & TV, LLC; ) | |
| NORTH OF NOW STUDIOS, LLC; ) | |
| NORTH OF NOW, LLC; and ) | |
| ) | |
| JUSTIN YERACE, ) | JURY TRIAL DEMAND |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S NOTICE OF STRIKE OF MOTION TO DEEM UNOPPOSED

COMES NOW Plaintiff Russ McKamey, by and through undersigned counsel, and hereby strikes his Motion to Deem Plaintiff's Motion for Partial Judgment on the Pleadings Against Defendant Yerace As Unopposed. (D.E. 51). Based on communications today from Defendant Yerace's counsel regarding counsel's family's health issue, Mr. McKamey will also not oppose a Motion for Leave for additional time to file a response to his Motion to Deem Motion for Partial Judgment on the Pleadings Against Defendant Yerace.