**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | |
|---|---|
| RUSS MCKAMEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.  1:24-cv-37 |
| ) | Judge Trauger |
| HULU, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Given the pendency of several motions, it is hereby ORDERED that the initial case management conference scheduled for August 20, 2024 is CONTINUED, to be reset, if appropriate, following disposition of these motions.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE