IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| RUSS MCKAMEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 1:24-cv-00037 |
| ) | Judge Trauger |
| HULU, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is hereby ORDERED that defendant's counsel shall immediately file an affidavit, under seal if necessary, detailing the "significant personal difficulties" that she asserts amount to excusable neglect for failure to timely respond to discovery.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge